UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SURROGATE DIBBLE,                                   Case No.: 0:14-cv-61264

      Plaintiff,

v.

WILLIAM AVRICH, INDIVIDUALLY,
AND ABOVE AVRICH, INC.,
A FLORIDA CORPORATION
D/B/A TRANSPORT CONNECTION

      Defendant.
_____/

### PLAINTIFF'S INITITAL RULE 26 DISCLOSURES

Plaintiff, **SURROGATE DIBBLE** ("Plaintiff"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1), hereby provides his Initial Disclosures and states:

(A) **The name and, if known, the address and telephone number of each individual likely to have discoverable information- along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

SURROGATE DIBBLE
c/o ROMANO LAW CENTER, P.A.
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
    Mr. SURROGATE DIBBLE has knowledge concerning defenses to the allegations in the Complaint, and related facts.

Plaintiff may supplement this last as other witnesses are identified through discovery or investigation.

(B) **A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Materials containing contradictory statements made by Defendant including emails and website documents and all other documentation, including electronically stored information, that has information regarding allegations of Plaintiff as supported by his facts as outlined in filed Complaint.

**(C) A computation of any category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computations is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff is seeking maximum recovery including but not limited to all compensatory damages, including consequential and incidental damages, as a result of Defendant and Defendant's company's wrongful conduct.

**(D) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

There is no known insurance coverage in effect for Plaintiff's alleged claims.

          Respectfully submitted,

          **The Law Offices of Jay F. Romano, P.A.**
          Attorney for Plaintiff
          2255 Glades Road
          Suite 324A
          Boca Raton, Florida 33431
          (561) 271-1769 tel.
          By:    /s/ JAY F. ROMANO
               Jay F. Romano
               Trial Attorney
               Florida Bar No.: 0934097

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via CM/ECF which will in turn notify/forward a copy to all CM/ECF participants on this 5th day of June, 2014.

By:   /s/ JAY F. ROMANO
     Jay F. Romano
     Trial Attorney
     Florida Bar No.: 0934097